515 A.2d 898

**Melvin BAKER, Petitioner,**

v.

**LaFAYETTE COLLEGE.**

Supreme Court of Pennsylvania.

Sept. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 111 E.D. Appeal Docket 1986.